UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 17-1888-GW(SKx) | Date | January 19, 2018 |
|---|---|---|---|
| Title | *James Rutherford, et al. v. Cho-Park, LLC, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:     IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On January 17, 2018, Plaintiffs filed a Notice of Settlement. The Court sets an Order to Show re: Settlement Hearing for February 22, 2018 at 8:30 a.m.

Counsel for Plaintiff is advised the order to show cause will be vacated and no appearance will be required provided a Notice of Dismissal, is filed by February 21, 2018.

The order to show cause issued on January 8, 2018 is DISCHARGED.

:

Initials of Preparer    JG